818

No. 81–20.  GUIDRY *v.* CONTINENTAL OIL CO. ET AL. C. A. 5th Cir.  Certiorari denied.

No. 81–49.  EASTERN AIR LINES, INC. *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION.  C. A. 5th Cir. Certiorari denied.

No. 81–144.  NASSAU COUNTY CIVIL SERVICE COMMISSION ET AL. *v.* KNIGHT.  C. A. 2d Cir.  Certiorari denied.

No. 81–153.  UNITED STEELWORKERS OF AMERICA, AFL–CIO–CLC *v.* DOW CHEMICAL CO. ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 81–234.  KAHLON *v.* NEW JERSEY.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 81–5028.  WHITBY *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 81–5081.  LEWINGDON *v.* OHIO.  Sup. Ct. Ohio. Certiorari denied.

No. 81–5150.  GREEN *v.* WARDEN, FEDERAL CORRECTIONAL INSTITUTION, TALLEDAGA, ALABAMA, ET AL. C. A. 5th Cir.  Certiorari denied.

No. 80–1523.*  FAIRDALE FARMS, INC. *v.* YANKEE MILK, INC., ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 80–1573.  GLUESENKAMP *v.* FLORIDA.  Sup. Ct. Fla. Certiorari denied.

No. 80–1591.  MANSUKHANI *v.* PAILING ET AL.  Sup. Ct. N. D.  Certiorari denied.

---

*JUSTICE O'CONNOR took no part in the consideration or decision of the petitions in Nos. 80–1523 through 81–5302, *infra*, pp. 818–877.